# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD E. ALONZO, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-6128 |
| : | |
| KEVIN COOK, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 14th day of May, 2020, upon consideration of Ronald E. Alonzo's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. All federal law claims in the Complaint are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. All state law claims in the Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to close this case.

                                                       BY THE COURT:

                                                       /s/CHAD F. KENNEY

                                                      **CHAD F. KENNEY, J.**